FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
smahoney@laborlawyers.com
ddornak@laborlawyers.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA, | Case No.: 2:15-cv-00903-LDG-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |
| vs. | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631; and DOES I through X, | **(First Request)** |
| Defendants. | |

  IT IS HEREBY STIPULATED AND AGREED by and between the parties' attorneys of record that the deadlines for Plaintiff Republic Silver State Disposal, Inc. d/b/a Republic Services of Southern Nevada to file its response to Defendant's Petition to Compel Arbitration (Dkt. #4) and Motion to Dismiss, or the alternative, Motion to Stay (Dkt. #5) shall be extended from May 30, 2015 to and including **June 12, 2015**. This request is the first request for such extensions of these deadlines and is not made for the purpose of delay.

1  Additional time is needed to allow Plaintiff's attorney additional time to review
2  the numerous issues raised by Defendant in its motions.

3  Dated this 21st day of May, 2015       Dated this 21st day of May, 2015

4  FISHER & PHILLIPS LLP                 McCRACKEN, STEMERMAN &
5                                         HOLSBERRY

6
7  By: /s/ David B. Dornak                By: /s/ Eric B. Myers
       Scott M. Mahoney, Esq.                 Eric B. Myers, Esq.
       David B. Dornak, Esq.                  1630 S. Commerce Street
8      3800 Howard Hughes Parkway             Suite A-1
       Suite 950                              Las Vegas, Nevada 89102
9      Las Vegas, Nevada 89109                *Attorney for Defendant*
10     *Attorneys for Plaintiff*

11
12
13  IT IS SO ORDERED: that time is extended to file a response to Defendant's
14  Motion to Dismiss.

15  _____
    UNITED STATES DISTRICT JUDGE
16  LLOYD D. GEORGE

17  Dated: _____ May   2015
18

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169