Eric B. Myers, SBN 8588
McCRACKEN, STEMERMAN & HOLSBERRY
1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89102
Tel. No.:       (702) 386-5107
Fax No.:       (702) 386-5132
E-mail:ebm@dcbsf.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA,<br><br>            Plaintiff,<br>     vs.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631; and DOES I through X,<br><br>            Defendants. | CASE NO.:  2:15-cv-00903-LDG-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>**Current Deadline:**   June 22, 2015<br><br>**New Deadline:**         June 26, 2015<br><br>(FIRST REQUEST) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

The parties to the captioned proceeding, by and through their respective counsel of record, hereby stipulate to extend Defendant International Brotherhood of Teamsters, Local 631's reply to the Plaintiff's opposition to Defendant's Motion to Dismiss (Doc No. 18) scheduled for Monday, June 22, 2015 to **Friday, June 26, 2015**.  This agreement was made at the request of counsel for Defendant in order to allow him to address the numerous issues raised in Plaintiff's opposition, as well as in Plaintiff's opposition to Defendant's related Motion to Compel Arbitration (Doc No. 19.) It is not intended for purposes of delay.

For the foregoing reasons, the parties respectfully request that the stipulation be approved.

Dated:  June 16, 2105          Respectfully submitted,

                              FISHER & PHILLIPS LLP

                              By:    /s/David B. Dornak
                                    Scott M. Mahoney
                                    David B. Dornak
                                    3800 Howard Hughes Parkway, Suite 950
                                    Las Vegas, Nevada 89109

                                    *Attorneys for Plaintiff Republic Services*
                                    *of Southern Nevada*

Dated:  June 16, 2105          McCRACKEN, STEMERMAN & HOLSBERRY

                              By:    /s/Eric B. Myers
                                    Eric B. Myers
                                    1630 S. Commerce Street, Suite A-1
                                    Las Vegas, Nevada 89102

                                    *Attorneys for Defendant International*
                                    *Brotherhood of Teamsters, Local 631*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  19 June 2015          _____
                                    UNITED STATES DISTRICT JUDGE
                                    LLOYD D. GEORGE