FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
smahoney@laborlawyers.com
ddornak@laborlawyers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA, <br><br> Plaintiff, <br><br> vs. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631; and DOES I through X, <br><br> Defendants. | Case No.: 2:15-cv-00903-LDG-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR INTERIM STAY OF DISCOVERY** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' attorneys of record, that the deadline for Plaintiff Republic Silver State Disposal, Inc. d/b/a Republic Services of Southern Nevada to file its response to Defendant's Motion for Interim Stay of Discovery Pending Resolution of Defendant's Petition to Compel Arbitration and/or Motion to Dismiss (Dkt. #28) filed on December 17, 2015 shall be extended up to and including January 11, 2016.

///

///

FPDOCS 31307863.1

- 1 -

1   This is the first request for an extension of this deadline and is not made for the
2   purpose of delay. Additional time is needed because the primary attorney for Plaintiff
3   is out of the country until January 4, 2016.

| FISHER & PHILLIPS LLP | McCRACKEN, STEMERMAN & HOLSBERRY |
|---|---|
| By: /s/ Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>David B. Dornak, Esq.<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | By: /s/ Eric B. Myers<br>Eric B. Myers, Esq.<br>1630 S. Commerce Street<br>Suite A-1<br>Las Vegas, Nevada 89102<br>*Attorney for Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
Dated: December 22, 2015