1
2   FISHER & PHILLIPS LLP
    SCOTT M. MAHONEY, ESQ.
3   Nevada Bar No. 1099
    DAVID B. DORNAK, ESQ.
4   Nevada Bar No. 6274
    300 S. Fourth Street
5   Suite 1500
    Las Vegas, NV  89101
6   Telephone:  (702) 252-3131
    Facsimile:  (702) 252-7411
7   smahoney@laborlawyers.com
    ddornak@laborlawyers.com
8   *Attorneys for Plaintiff*

9
10                  **UNITED STATES DISTRICT COURT**

11                      **DISTRICT OF NEVADA**

12  REPUBLIC SILVER STATE )  Case No.: 2:15-cv-00903-LDG-CWH
    DISPOSAL, INC. d/b/a REPUBLIC )
13  SERVICES OF SOUTHERN NEVADA, )
                                  )
14                               )  **STIPULATION AND ORDER TO**
              Plaintiff,         )  **EXTEND TIME TO FILE**
15                               )  **RESPONSE TO DEFENDANT'S**
         vs.                     )  **MOTION FOR INTERIM STAY**
16                               )  **OF DISCOVERY**
    INTERNATIONAL BROTHERHOOD    )
17  OF  TEAMSTERS, LOCAL 631; and )        **(Second Request)**
    DOES I through X,            )
18                               )
                                 )
19            Defendants.        )
    _____
20

21        IT IS HEREBY STIPULATED AND AGREED, by and between the parties'

22  attorneys of record, that the deadline for Plaintiff Republic Silver State Disposal, Inc.

23  d/b/a Republic Services of Southern Nevada to file its response to Defendant's Motion

24  for Interim Stay of Discovery Pending Resolution of Defendant's Petition to Compel

25  Arbitration and/or Motion to Dismiss (Dkt. #28) filed on December 17, 2015 shall be

26  extended from January 11, 2016 up to and including January 18, 2016.

27  / / /

28  / / /

- 1 –

FPDOCS 31349657.1

This is the second request for an extension of this deadline.  Additional time is needed because Plaintiff's counsel learned on January 6, 2016, that Region 28 of the National Labor Relations Board ("NLRB") had mistakenly mailed evidence requests in three matters being handled by him to the wrong firm.  This forced Plaintiff's counsel to immediately address the lengthy requests issued by the NLRB, which he will not be able to complete until early in the week of January 11, 2016.

Because the first request for an extension of time to respond to Defendants' motion was only for one week and this request is only for an additional week, Plaintiff is clearly not making such request for the purpose of delay.

FISHER & PHILLIPS LLP

McCRACKEN, STEMERMAN & HOLSBERRY

By: /s/ David B. Dornak
    Scott M. Mahoney, Esq.
    David B. Dornak, Esq.
    300 S. Fourth Street
    Suite 1500
    Las Vegas, Nevada  89101
    *Attorneys for Plaintiff*

By: /s/ Eric B. Myers
    Eric B. Myers, Esq.
    1630 S. Commerce Street
    Suite A-1
    Las Vegas, Nevada 89102
    *Attorney for Defendant*

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

Dated: January 11, 2016

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada  89101

FPDOCS 31349657.1