# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLIC SILVER STATE DISPOSAL INC., | |
| Plaintiff, | Case No. 2:15-cv-00903-LDG-CWH |
| vs. | **ORDER** |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631, | |
| Defendant. | |

IT IS ORDERED that Defendant International Brotherhood of Teamsters, Local 631's Motion to Stay Discovery Pending Resolution of Defendant's Petition to Compel Arbitration (ECF No. 28) is DENIED as moot in light of the Court's Order (ECF No. 35) on Defendant's petition to compel arbitration.

IT IS FURTHER ORDERED that the parties must meet and confer and file an updated stipulated proposed discovery plan within 21 days from the date of this Order.

DATED: April 4, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**