FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
smahoney@laborlawyers.com
ddornak@laborlawyers.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA, <br><br> Plaintiff, <br><br> vs. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631; and DOES I through X, <br><br> Defendants. | Case No.: 2:15-cv-00903-LDG-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S CROSS-MOTION TO DISMISS** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' attorneys of record, that the deadline for Plaintiff Republic Silver State Disposal, Inc. d/b/a Republic Services of Southern Nevada to file its Opposition to Defendant's Cross-Motion to Dismiss Plaintiff's First Claim for Relief (ECF No. 54) shall be extended from **August 25, 2016** to **September 8, 2016**.

/ / /

/ / /

1    This is the first request for an extension of this deadline and is not made for the
2    purpose of delay.  Additional time is needed because the primary attorney for Plaintiff
3    has two labor arbitrations that interfere with his ability to finish the reply.

4    Dated this 15th day of August, 2016            Dated this 15th day of August, 2016

5    FISHER & PHILLIPS LLP                          McCRACKEN, STEMERMAN &
6                                                   HOLSBERRY

7
8    By: /s/ David B. Dornak                        By: /s/ Eric B. Myers
         Scott M. Mahoney, Esq.                          Eric B. Myers, Esq.
9        David B. Dornak, Esq.                           1630 S. Commerce Street
         300 S. Fourth Street                            Suite A-1
10       Suite 1500                                      Las Vegas, Nevada 89102
          Las Vegas, Nevada  89101                  *Attorney for Defendant*
11   *Attorneys for Plaintiff*

12
13                                                  IT IS SO ORDERED:
14                                                  _____
15                                                  UNITED STATES DISTRICT JUDGE
16                                                  Dated: ___16____ August 2016

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101