FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
smahoney@laborlawyers.com
ddornak@laborlawyers.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631; and DOES I through X,<br><br>Defendants. | Case No.: 2:15-cv-00903-LDG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO CONFIRM ARBITRATION AWARD**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' attorneys of record, that the deadline for Plaintiff Republic Silver State Disposal, Inc. d/b/a Republic Services of Southern Nevada to file its Reply to Defendant's Opposition to Motion to Confirm Arbitration Award (ECF No. 53) shall be extended from **August 18, 2016** to **September 8, 2016**.

/ / /

/ / /

- 1 -

FPDOCS 32109720.1

1  This is the first request for an extension of this deadline and is not made for the
2 purpose of delay.  Additional time is needed because the primary attorney for Plaintiff
3 has two labor arbitrations that interfere with his ability to finish the reply.

| Dated this 15th day of August, 2016 | Dated this 15th day of August, 2016 |
|---|---|
| FISHER & PHILLIPS LLP | McCRACKEN, STEMERMAN & HOLSBERRY |
| By: /s/ David B. Dornak<br>    Scott M. Mahoney, Esq.<br>    David B. Dornak, Esq.<br>    300 S. Fourth Street<br>    Suite 1500<br>    Las Vegas, Nevada  89101<br>    *Attorneys for Plaintiff* | By: /s/ Eric B. Myers<br>    Eric B. Myers, Esq.<br>    1630 S. Commerce Street<br>    Suite A-1<br>    Las Vegas, Nevada 89102<br>    *Attorney for Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 30 August 2016

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada  89101

FPDOCS 32109720.1

- 2 -