Eric B. Myers, SBN 8588
McCRACKEN, STEMERMAN & HOLSBERRY
1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89102
Tel. No.:        (702) 386-5107
Fax No.:        (702) 386-5132
E-mail:         ebm@dcbsf.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA,<br><br>Plaintiff,<br>vs.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631; and DOES I through X,<br><br>Defendants. | CASE NO.:  2:15-cv-00903-LDG-CWH<br><br>**STIPULATION AND**<br>**ORDER GRANTING DEFENDANT'S REQUEST TO EXTEND TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE TO MOTION TO DISMISS** |

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties' attorneys of record, that the deadline for Defendant International Brotherhood of Teamsters, Local 631 to file its reply to Plaintiff's Response to Defendant's Motion to Dismiss (ECF NO. 62) shall be extended from **September 19, 2016** to **September 30, 2016**.

  Counsel for the Defendant has requested this extension for the following reasons.  Defendant has an arbitration related to this matter scheduled on September 13, 2016; he has a reply brief due in separate litigation on September 15, 2016; a mediation brief in a different matter due September 19,

1

2016; a hearing on a motion to dismiss on September 22, 2016; and a mediation on September 26, 2016. These matters will require out-of-town travel. Accordingly, he will not be able to draft this reply brief until on or after September 27, 2016. Defendant requests until September 30, 2016 to file his reply. This extension is entered into to allow Defendant to address the matters raised by the Plaintiff in its opposition, and is not intended for purposes of delay.

For the foregoing reasons, the parties respectfully request that the stipulation be approved.

Dated: September 9, 2016       Respectfully submitted,

McCRACKEN, STEMERMAN & HOLSBERRY

By:   */s/Eric B. Myers*
Eric B. Myers
1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89102

*Attorneys for Defendant International Brotherhood of Teamsters, Local 631*

Dated: September 9, 2016       FISHER & PHILLIPS LLP

By:   */s/David B. Dornak*
Scott M. Mahoney
David B. Dornak
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89109

*Attorneys for Plaintiff Republic Services of Southern Nevada*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  20  September 2016       _____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

2

STIPULATION AND [PROPOSED] ORDER GRANTING          Case No. 2:15-cv-00903-LDG-CWH
REQUEST TO EXTEND TIME TO FILE REPLY